LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

One South Church Avenue Suite 700
Tucson, Arizona  85701-1611
Telephone: (520) 622-2090

D. Douglas Metcalf, State Bar No. 017377
Direct Dial:  520 629-4404
Direct Fax:  520 879-4733
EMail:  Doug_Metcalf@LRLaw.com

Attorneys for Plaintiff
Star Publishing Co.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| STAR PUBLISHING CO., an Arizona Corporation, | ) ) ) | No. CIV 09-90-TUC-DCB |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | **NOTICE OF SERVICE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |
| DAVID STINE, AARON PILLSBURY, DAMON PILLSBURY, JAMES RAPP, and NICK FREYTAG, | ) ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE of service is hereby given that Plaintiff Star Publishing Co. has this date served the Court's executed copy of the Temporary Restraining Order and Order to Show Cause (Docket # 15) signed February 25, 2009 on Defendants David Stine and Damon Pillsbury by mailing a copy of said document to said Defendants.

DATED this 26th day of February, 2009.

LEWIS AND ROCA LLP

By  */s/ D. Douglas Metcalf*
D. Douglas Metcalf
Attorneys for Plaintiff
Star Publishing Co.

LEWIS
AND
ROCA
—LLP—
LAWYERS

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2009, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following parties by US Mail:

David Stine
2124 North Forgeus Avenue #A
Tucson, Arizona 85716

Damon Pillsbury
8150 East 8th Street
Tucson, Arizona 85710-2422

*/s/ K.K. Dresback*

2